United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-11546-elf |
| Richard Gardner | Chapter 13 |
| Christina I. Gardner | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jun 15, 2021 | Form ID: trc | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 17, 2021:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 14257719 | Email/Text: cashiering-administrationservices@flagstar.com | Jun 15 2021 23:56:00 | Flagstar Bank, FSB, Attn: Customer Service Department, 5151 Corporate Drive, Troy, Michigan 48098-2639 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 17, 2021        Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 14, 2021 at the address(es) listed below:

**Name**      **Email Address**

ALEXANDRA T. GARCIA
on behalf of Creditor Pingora Loan Servicing LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com

FRANCIS THOMAS TARLECKI
on behalf of Creditor Pingora Loan Servicing LLC ecfmail@ecf.courtdrive.com, ecfmail@mwc-law.com

JEROME B. BLANK
on behalf of Creditor PHH Mortgage Corporation paeb@fedphe.com

JOHN L. MCCLAIN
on behalf of Debtor Richard Gardner aaamcclain@aol.com edpabankcourt@aol.com

JOHN L. MCCLAIN
on behalf of Plaintiff Richard Gardner aaamcclain@aol.com edpabankcourt@aol.com

JOHN L. MCCLAIN
on behalf of Plaintiff Christina I. Gardner aaamcclain@aol.com edpabankcourt@aol.com

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Jun 15, 2021 | Form ID: trc | Total Noticed: 1 |

JOHN L. MCCLAIN
    on behalf of Joint Debtor Christina I. Gardner aaamcclain@aol.com edpabankcourt@aol.com

MARIO J. HANYON
    on behalf of Creditor PHH Mortgage Corporation wbecf@brockandscott.com wbecf@brockandscott.com

REBECCA ANN SOLARZ
    on behalf of Creditor Pingora Loan Servicing LLC bkgroup@kmllawgroup.com

RICHARD M. BERNSTEIN
    on behalf of Defendant United States Department of Housing and Urban Developement richard.bernstein@usdoj.gov jackie.brooke@usdoj.gov,CaseView.ECF@usdoj.gov

THOMAS YOUNG.HAE SONG
    on behalf of Creditor Pingora Loan Servicing LLC paeb@fedphe.com

THOMAS YOUNG.HAE SONG
    on behalf of Creditor PHH Mortgage Corporation paeb@fedphe.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
    ecfemails@ph13trustee.com philaecf@gmail.com

WILLIAM C. MILLER, Esq.
    on behalf of Trustee WILLIAM C. MILLER Esq. ecfemails@ph13trustee.com, philaecf@gmail.com

TOTAL: 15

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 16-11546-elf
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| Richard Gardner<br>319 Seminole Street<br>Essington PA 19029 | Christina I. Gardner<br>319 Seminole Street<br>Essington PA 19029 |

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 06/14/2021.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 10: Flagstar Bank, FSB, Attn: Customer Service Department, 5151 Corporate Drive, Troy, Michigan 48098-2639 | WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE OF STANWICH MORTGAGE LOAN TRUST I<br>Carrington Mortgage Services, LLC<br>1600 South Douglass Road<br>Anaheim, CA 92806 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   06/17/21                           Tim McGrath
                                           **CLERK OF THE COURT**