United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Richard Gardner  
Christina I. Gardner  
    Debtors

Case No. 16-11546-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 4  
Date Rcvd: Jun 16, 2021     Form ID: 138NEW     Total Noticed: 53

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 18, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Richard Gardner, Christina I. Gardner, 319 Seminole Street, Essington, PA 19029-1824 |
| cr | + | Cavalry SPV I, LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Rd, Suite #200, Tucson, AZ 85712-1083 |
| 13686843 | + | Bank of America, NC4-105-03-14, PO Box 26012, Greensboro, NC 27420-6012 |
| 13686844 | + | Barclays Bank Delaware, PO Box 8801, Wilmington, DE 19899-8801 |
| 13761838 | | Capital One NA, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 13721899 | + | Cavalry SPV I, LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Rd., Suite 200, Tucson, AZ 85712-1083 |
| 13686852 | + | John L. McClain and Associates, PO Box 123, Narberth, PA 19072-0123 |
| 13686855 | + | Mortgage Service Cente, Attn: Bankruptcy Dept, PO Box 5452, Mt Laurel, NJ 08054-5452 |
| 14560822 | + | PINGORA LOAN SERVICING, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 13686859 | + | Phelan, Hallinan & Schmieg, LLP, 1617 JFK Boulevard, Ste 1400, Philadelphia, PA 19103-1814 |
| 13735800 | + | Pingora Loan Servicing, LLC, PHH Mortgage Corporation, One Mortgage Way,, Mail Stop: SV01, Mount Laurel, NJ 08054-4637 |
| 14257826 | + | Pingora Loan Servicing, LLC, c/o McCabe, Weisberg & Conway, LLC, Suite 1400, 123 South Broad Street, Philadelphia, PA 19109-1060 |
| 14258088 | + | Pingora Loan Servicing, LLC, c/o FRANCIS THOMAS TARLECKI, McCabe Weisberg & Conway LLC, 123 South Broad Street, Suite 1400 Philadelphia, PA 19109-1060 |
| 14561124 | + | Pingora Loan Servicing, LLC, C/O REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 13686861 | + | Police And Fire Fcu, 901 Arch St, Philadelphia, PA 19107-2495 |
| 13686862 | | Quest Diagnostics Incorporated, PO Box 41652, Philadelphia, PA 19101 |
| 13686868 | + | Target, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 13686869 | + | U Of P Federal Cu, 3900 Chestnut Ste # 3, Philadelphia, PA 19104-3120 |
| 14615098 | + | WILMINGTON SAVINGS FUND SOCIETY,, FSB, AS TRUSTEE OF STANWICH, MORTGAGE LOAN TRUST I, Carrington Mortgage Services, LLC, 1600 South Douglass Road Anaheim, CA 92806-5948 |
| 13756641 | | eCAST Settlement Corporation, PO Box 29262, New York NY 10087-9262 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jun 16 2021 23:45:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 16 2021 23:44:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jun 16 2021 23:45:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | | Email/PDF: gecsedi@recoverycorp.com | Jun 16 2021 23:49:26 | Synchrony Bank, c/o Recovery Management Systems Corporat, 25 SE 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| cr | + | Email/Text: BKBCNMAIL@carringtonms.com | Jun 16 2021 23:43:00 | Wilmington Savings Fund Society, FSB,, c/o Carrington Mortgage Services, LLC, 1600 South |

Case 16-11546-elf   Doc 74   Filed 06/18/21   Entered 06/19/21 00:38:04   Desc Imaged
Certificate of Notice   Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jun 16, 2021 | Form ID: 138NEW | Total Noticed: 53 |

| Recipient ID | | Delivery Method | Date/Time | Address |
|---|---|---|---|---|
| 13686845 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jun 16 2021 23:49:30 | Douglass Road, Anaheim, CA 92806-5948<br>Capital One, Capital One Retail Srvs, PO Box 30253, Salt Lake City, UT 84130-0253 |
| 13686846 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jun 16 2021 23:49:06 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 13714955 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jun 16 2021 23:49:06 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 13686849 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 17 2021 00:08:12 | Citibank/Best Buy, Centralized Bankruptcy/CitiCorp Credit S, PO Box 790040, St Louis, MO 63179-0040 |
| 13686850 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 17 2021 00:08:09 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bankrup, PO Box 790040, Saint Louis, MO 63179-0040 |
| 13686851 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 16 2021 23:43:00 | Comenity Bank/vctrssec, PO Box 182125, Columbus, OH 43218-2125 |
| 13767719 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 16 2021 23:43:00 | Comenity Capital Bank, C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 13768678 | | Email/Text: bnc-quantum@quantum3group.com | Jun 16 2021 23:44:00 | Department Store National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14257719 | | Email/Text: cashiering-administrationservices@flagstar.com | Jun 16 2021 23:45:00 | Flagstar Bank, FSB, Attn: Customer Service Department, 5151 Corporate Drive, Troy, Michigan 48098-2639 |
| 13686847 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Jun 16 2021 23:49:04 | Chase Card Services, Attn: Correspondence Dept, PO Box 15298, Wilmington, DE 19850 |
| 13686853 | + | Email/Text: PBNCNotifications@peritusservices.com | Jun 16 2021 23:43:00 | Kohls/Capital One, PO Box 3120, Milwaukee, WI 53201-3120 |
| 13765831 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 17 2021 00:08:10 | LVNV Funding, LLC its successors and assigns as, assignee of Consumer Lending, Receivables Trust 2016-B, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 13686854 | + | Email/Text: bk@lendingclub.com | Jun 16 2021 23:45:00 | Lending Club Corp, 71 Stevenson St, Suite 300, San Francisco, CA 94105-2985 |
| 13731464 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 16 2021 23:44:00 | Midland Funding, LLC, P.O. Box 2011, Warren, MI 48090-2011 |
| 13686856 | + | Email/PDF: cbp@onemainfinancial.com | Jun 17 2021 10:34:03 | Onemain Financial, 6801 Colwell Blvd, NTSB-2320, Irving, TX 75039-3198 |
| 13770388 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 16 2021 23:49:35 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13686857 | | Email/PDF: gecsedi@recoverycorp.com | Jun 16 2021 23:49:25 | PayPal CREDIT, PO BOX 105658, Atlanta, GA 30348-5658 |
| 13686860 | | Email/Text: bankruptcypgl@plaingreenloans.com | Jun 16 2021 23:45:00 | Plain Green, 93 Mack Road Suite, Box Elder, MT 59521 |
| 13743031 | | Email/Text: bnc-quantum@quantum3group.com | Jun 16 2021 23:44:23 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 13689424 | | Email/PDF: rmscedi@recoverycorp.com | Jun 16 2021 23:49:13 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14215809 | + | Email/Text: bncmail@w-legal.com | Jun 16 2021 23:44:23 | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 13686864 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 16 2021 23:49:25 | Synchrony Bank/Amazon, Attn: Bankruptcy, PO Box 103104, Roswell, GA 30076-9104 |

Case 16-11546-elf   Doc 74   Filed 06/18/21   Entered 06/19/21 00:38:04   Desc Imaged
Certificate of Notice   Page 3 of 5

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jun 16, 2021 | Form ID: 138NEW | Total Noticed: 53 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 13686865 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 16 2021 23:49:25 | Synchrony Bank/Gap, Attn: Bankrupty, PO Box 103104, Roswell, GA 30076-9104 |
| 13686866 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 16 2021 23:49:25 | Synchrony Bank/TJX, Attn: Bankruptcy, PO Box 103104, Roswell, GA 30076-9104 |
| 13686867 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 16 2021 23:49:27 | Synchrony Bank/Walmart, Attn: Bankruptcy, PO Box 103104, Roswell, GA 30076-9104 |
| 13767718 | + | Email/Text: bncmail@w-legal.com | Jun 16 2021 23:44:23 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 13690715 | + | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Jun 16 2021 23:49:04 | U.S. Department of Housing and Urban Development, 451 7th Street S.W., Washington, DC 20410-0002 |
| 13686870 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 16 2021 23:49:39 | Visa Dept Store National Bank, Attn: Bankruptcy, PO Box 8053, Mason, OH 45040-8053 |

TOTAL: 33

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 13686848 | *+ | Christina I. Gardner, 319 Seminole Street, Essington, PA 19029-1824 |
| 13686863 | *+ | Richard Gardner, 319 Seminole Street, Essington, PA 19029-1824 |
| 13686858 | ##+ | PENN CREDIT CORP, P.O. BOX 988, HARRISBURG, PA 17108-0988 |

TOTAL: 0 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 18, 2021              Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 16, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ALEXANDRA T. GARCIA | on behalf of Creditor Pingora Loan Servicing LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| FRANCIS THOMAS TARLECKI | on behalf of Creditor Pingora Loan Servicing LLC ecfmail@ecf.courtdrive.com, ecfmail@mwc-law.com |
| JEROME B. BLANK | on behalf of Creditor PHH Mortgage Corporation paeb@fedphe.com |
| JOHN L. MCCLAIN | on behalf of Debtor Richard Gardner aaamcclain@aol.com edpabankcourt@aol.com |
| JOHN L. MCCLAIN | on behalf of Plaintiff Richard Gardner aaamcclain@aol.com edpabankcourt@aol.com |

District/off: 0313-2 | User: admin | Page 4 of 4
Date Rcvd: Jun 16, 2021 | Form ID: 138NEW | Total Noticed: 53

JOHN L. MCCLAIN
    on behalf of Plaintiff Christina I. Gardner aaamcclain@aol.com edpabankcourt@aol.com

JOHN L. MCCLAIN
    on behalf of Joint Debtor Christina I. Gardner aaamcclain@aol.com edpabankcourt@aol.com

MARIO J. HANYON
    on behalf of Creditor PHH Mortgage Corporation wbecf@brockandscott.com wbecf@brockandscott.com

REBECCA ANN SOLARZ
    on behalf of Creditor Pingora Loan Servicing LLC bkgroup@kmllawgroup.com

RICHARD M. BERNSTEIN
    on behalf of Defendant United States Department of Housing and Urban Developement richard.bernstein@usdoj.gov jackie.brooke@usdoj.gov,CaseView.ECF@usdoj.gov

THOMAS YOUNG.HAE SONG
    on behalf of Creditor Pingora Loan Servicing LLC paeb@fedphe.com

THOMAS YOUNG.HAE SONG
    on behalf of Creditor PHH Mortgage Corporation paeb@fedphe.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
    on behalf of Trustee WILLIAM C. MILLER Esq. ecfemails@ph13trustee.com, philaecf@gmail.com

WILLIAM C. MILLER, Esq.
    ecfemails@ph13trustee.com philaecf@gmail.com

TOTAL: 15

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

---

In Re: Richard Gardner and Christina I. Gardner

        Debtor(s)　　　　　　　　　　　　　　　　Bankruptcy No: 16−11546−elf
　　　　　　　　　　　　　　　　　　　　　　　　　Chapter: 13

---

### *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑　　2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑　　3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                    900 Market Street
                       Suite 400
                Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                               For The Court
                                        Timothy B. McGrath
                                          Clerk of Court

Dated: 6/16/21

                                                               71 − 69
                                                        Form 138_new