United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-11546-elf |
| Richard Gardner | Chapter 13 |
| Christina I. Gardner | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 16, 2021 | Form ID: 195 | Total Noticed: 5 |

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 18, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Richard Gardner, Christina I. Gardner, 319 Seminole Street, Essington, PA 19029-1824 |
| cr | + | Cavalry SPV I, LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Rd, Suite #200, Tucson, AZ 85712-1083 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bncmail@w-legal.com | Jul 16 2021 23:32:00 | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| cr | | Email/PDF: gecsedi@recoverycorp.com | Jul 16 2021 23:35:29 | Synchrony Bank, c/o Recovery Management Systems Corporat, 25 SE 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| cr | + | Email/Text: BKBCNMAIL@carringtonms.com | Jul 16 2021 23:31:00 | Wilmington Savings Fund Society, FSB,, c/o Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5948 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 18, 2021             Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 16, 2021 at the address(es) listed below:

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Jul 16, 2021 | Form ID: 195 | Total Noticed: 5 |

| Name | Email Address |
|---|---|
| ALEXANDRA T. GARCIA | on behalf of Creditor Pingora Loan Servicing  LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| FRANCIS THOMAS TARLECKI | on behalf of Creditor Pingora Loan Servicing  LLC ecfmail@ecf.courtdrive.com, ecfmail@mwc-law.com |
| JEROME B. BLANK | on behalf of Creditor PHH Mortgage Corporation paeb@fedphe.com |
| JOHN L. MCCLAIN | on behalf of Plaintiff Richard Gardner aaamcclain@aol.com edpabankcourt@aol.com |
| JOHN L. MCCLAIN | on behalf of Plaintiff Christina I. Gardner aaamcclain@aol.com edpabankcourt@aol.com |
| JOHN L. MCCLAIN | on behalf of Joint Debtor Christina I. Gardner aaamcclain@aol.com edpabankcourt@aol.com |
| JOHN L. MCCLAIN | on behalf of Debtor Richard Gardner aaamcclain@aol.com edpabankcourt@aol.com |
| MARIO J. HANYON | on behalf of Creditor PHH Mortgage Corporation wbecf@brockandscott.com wbecf@brockandscott.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Pingora Loan Servicing  LLC bkgroup@kmllawgroup.com |
| RICHARD M. BERNSTEIN | on behalf of Defendant United States Department of Housing and Urban Developement richard.bernstein@usdoj.gov jackie.brooke@usdoj.gov,CaseView.ECF@usdoj.gov |
| THOMAS YOUNG.HAE SONG | on behalf of Creditor Pingora Loan Servicing  LLC paeb@fedphe.com |
| THOMAS YOUNG.HAE SONG | on behalf of Creditor PHH Mortgage Corporation paeb@fedphe.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com philaecf@gmail.com |
| WILLIAM C. MILLER, Esq. | on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com |

TOTAL: 15

**UNITED STATES BANKRUPTCY COURT**
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:  : Chapter 13

Richard Gardner and Christina I. Gardner  : Case No. 16−11546−elf
    Debtor(s)

### *ORDER*
_____

    AND NOW, this day , July 16, 2021 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

    By The Court

    Eric L. Frank
    Judge , United States Bankruptcy Court

78
Form 195